UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
KIMBERLY BRITTON; DONNA                :
CUMBERLEDGE; CHERYL GROSSMAN;          :
MARY RICHARDSON; ANNIECE SMITH;        :
DELORIS STONE; CAROLYN THORPE-         :
BAKER; DEBORAH WALES; EVA              :
WILLIAMS; GRACE WRIGHT,                :
                                       :
         Plaintiffs.                   :  Civil Action
v.                                     :  No. 04-11060-GAO
                                       :
INDEVUS PHARMACEUTICALS, INC., F/K/A   :
INTERNEURON PHARMACEUTICALS, INC.;     :
WYETH, INC., F/K/A AMERICAN HOME       :
PRODUCTS CORPORATION; WYETH            :
PHARMACEUTICALS, INC F/K/A WYETH-      :
AYERST PHARMACEUTICALS, INC., A        :
DIVISION OF AMERICAN HOME PRODUCTS     :
CORPORATION; AND BOEHRINGER            :
INGELHEIM PHARMACEUTICALS, INC.,       :
                                       :
         Defendants.                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## **NOTICE OF APPEARANCE**

Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: July 8, 2004                         Respectfully submitted,
       Boston, Massachusetts

                                            /s/Matthew J. Matule
                                            Matthew J. Matule (BBO #632075)
                                            SKADDEN, ARPS, SLATE,
Of Counsel:                                    MEAGHER & FLOM LLP
Barbara Wrubel                              One Beacon Street
Katherine Armstrong                         Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                       (617) 573-4800
   MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                              Counsel for Defendant
                                               Boehringer Ingelheim Pharmaceuticals, Inc