UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
KIMBERLY BRITTON; DONNA                      :
CUMBERLEDGE; CHERYL GROSSMAN;
MARY RICHARDSON; ANNIECE SMITH;              :
DELORIS STONE; CAROLYN THORPE-
BAKER; DEBORAH WALES; EVA                    :
WILLIAMS; GRACE WRIGHT,
                                             :
        Plaintiffs,                              Civil Action
                                             :   No. 04-11060-GAO
v.
                                             :
INDEVUS PHARMACEUTICALS, INC., F/K/A         :
INTERNEURON PHARMACEUTICALS, INC.;
WYETH, INC., F/K/A AMERICAN HOME             :
PRODUCTS CORPORATION; WYETH
PHARMACEUTICALS, INC F/K/A WYETH-            :
AYERST PHARMACEUTICALS, INC., A
DIVISION OF AMERICAN HOME PRODUCTS           :
CORPORATION; AND BOEHRINGER
INGELHEIM PHARMACEUTICALS, INC.,             :

                                             :
        Defendants.                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## NOTICE OF APPEARANCE

Please enter our appearance as counsel of record for Defendant Indevus Pharmaceuticals, Inc. in the above-captioned action.

Dated: August 25, 2004                         Respectfully submitted,
       Boston, Massachusetts
                                               /s/Matthew J. Matule
                                               Matthew J. Matule (BBO #632075)
                                               SKADDEN, ARPS, SLATE,
Of Counsel:                                      MEAGHER & FLOM LLP
Barbara Wrubel                                 One Beacon Street
Katherine Armstrong                            Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                          (617) 573-4800
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                                 Counsel for Defendant
                                               Indevus Pharmaceuticals, Inc.